■ JOSEPHINE DOTSIS, as Guardian ad Litem and General Guardian of RALPH MANNIELLO and Another, Infants, Appellant, v. JAMES MANNIELLO et al., Individually and as Executors and Trustees of RAFFAELE MANNIELLO, Deceased, et al., Respondents.— In an action to set aside certain deeds, the appeal is from so much of an order as dismissed the second and third causes of action in the second amended complaint for insufficiency. Order modified so as to deny the motion to dismiss said causes of action. As so modified order, insofar as appealed from, affirmed, with $10 costs and disbursements to appellant. In our opinion, the third cause of action is sufficient (see *Allen* v. *La Vaud,* 213 N. Y. 322; *Doheny* v. *Lacy,* 168 N. Y. 213; *Parish* v. *Juckett,*

147 App. Div. 424; 2 Abbott's Forms of Pleading [2d ed.], pp. 1948-1955). As the first and third causes of action are sufficient, the second is also sufficient (see *Magonigle Trucking Co.* v. *Tambini*, 302 N. Y. 617; *Keller* v. *Levy*, 265 App. Div. 723). Wenzel, Hallinan and Kleinfeld, JJ., concur; Nolan, P. J., and Ughetta, J., concur in result.